CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 18 2018

JULIA C. DUDLEY, CLERK
BY:
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

MICHAEL W. WARD, )
  )
   Plaintiff, )   Civil Action No. 7:17CV00310
  )
v. )   **FINAL JUDGMENT AND ORDER**
  )
NANCY A. BERRYHILL, Acting )   By: Hon. Glen E. Conrad
Commissioner of Social Security, )   Senior United States District Judge
  )
   Defendant. )

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

that summary judgment is entered for the defendant.

The Clerk is directed to send copies of this order to all counsel of record.

DATED: This 18th day of December, 2018.

                                                                        Senior United States District Judge